UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CAROL M. MULLINGS,

               Plaintiff,

      - against -

AMTRACK,

               Defendant.
------------------------------------------------------------------x

**ORDER**
25-CV-4046 (RER) (CLP)

**POLLAK, United States Magistrate Judge:**

Plaintiff Carol M. Mullings filed this *pro se* civil action on July 21, 2025.  (ECF Dkt. No.

1.)  Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 (ECF Dkt. No.

2) is hereby granted.  The Clerk of Court shall prepare a summons for the defendant, and the

United States Marshals Service is directed to serve the summons and the complaint upon the

defendant without prepayment of fees.

**SO ORDERED.**

                                    /s/ Cheryl L. Pollak
                             CHERYL L. POLLAK
                             Chief United States Magistrate Judge

Dated:  Brooklyn, New York
        September 4, 2025